# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Mary Pat McCullough

                                        Plaintiff,

v.                                                          Case No.: 1:12–cv–09359

                                                              Honorable John J. Tharp Jr.

Fraternal Order of Police, Chicago Lodge 7

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2014:

       MINUTE entry before the Honorable John J. Tharp, Jr: Upon the Parties Stipulation of Dismissal with Prejudice [127], and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.